| COURTROOM MINUTES | | CLERK, U.S. DISTRICT COURT |
|---|---|---|
| ☑ INITIAL APPEARANCE | ☐ RULE 40 HEARING | SOUTHERN DISTRICT OF TEXAS |
| ☐ DETENTION HEARING | ☐ COUNSEL DETERMINATION HEARING | FILED |
| ☐ PRELIMINARY HEARING | ☐ BOND HEARING | 8/7/12 |
| ☐ HEARING CONTINUED ON _____ | | DAVID BRADLEY, Clerk |

AUG 07 2012
David J. Bradley, Clerk of Court

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701    10:15    ADJOURN: 10:20
Case Manager: Cindy Jantowski    RECESS FROM: 2:24 TO: 2:45
ERO: **G. Lyons**
Pretrial Services Officer: **D. Hernandez**
☐ Other District _____
☐ Other Division _____
Case No. _____

INTERPRETER REQUIRED: ☑ No ☐ Yes, Name: _____

---

Criminal No. **12-479**    Defendant No. _____ USDJ _____

UNITED STATES OF AMERICA
vs
**Walter Keitric Freeman (2)**
**Corinthians Lachell (5)**
**Phillips**

AUSA: **Jennie Basile**

Counsel: **Robert Jones** (R)

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

| | |
|---|---|
| ☐ | Date of arrest: _____ or ☐ karsr40 |
| ☑ both | Deft first appearance. Deft advised of rights/charges ☐ SRT/Probation violator ☐ Pretrial Release Violator |
| ☑ | Deft first appearance with counsel. (5) (2) |
| ☑ | ☐ Deft _____ appeared ☑ with ☑ without counsel. |
| ☐ | Requests appointed counsel. |
| ☐ | FINANCIAL AFFIDAVIT executed. ☐ Court orders defendant to pay $_____ to CJA Fund |
| ☐ | Order appointing Federal Public Defender. |
| ☐ | Private Counsel appointed, _____ |
| ☑ 2 | Deft advises he/she will retain counsel. He/she retained **Kirby Taylor** |
| ☑ | Bond ☑ set $ **50,000** ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☑ $ **1,000** Deposit. |
| ☐ | Bond ☐ revoked ☐ reinstated. |
| ☑ | Deft advised of conditions of release. |
| ☑ | Surety signatures required **Mother** |
| ☐ | No bond set at this time, 10 day DETENTION ORDER entered. |
| ☑ 2 | ORDER OF TEMPORARY DETENTION PENDING HEARING entered. |
| ☐ | ORDER OF DETENTION PENDING TRIAL entered. |
| ☐ | Court finds ☐ IDENTITY ☐ Probable Cause. |
| ☐ | BOND EXECUTED and defendant released. |
| ☐ | Deft REMANDED to CUSTODY. ☐ Deft ORDERED REMOVED to Originating District. |
| ☐ | WAIVER of ☐ Preliminary ☐ Identity ☐ Detention Hearing ☐ Detention Hearing in this district ☐ State Custody |
| ☐ | Arraignment set _____ ☐ Detention Hearing set _____ |
| ☐ | Preliminary set _____ ☑ Counsel Determination Hearing set **(2) @ 10:00 8/8/12** |
| ☐ | Identity/Removal Hearing set _____ |
| ☐ | Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR) |

\* AUSA moves to unseal entire case granted