IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| vs. § § *Walter Keith C Freeman* § § (2) § § | CRIMINAL ACTION NO. H- 12-479 |
| Defendant. § | |

## WAIVER OF DETENTION HEARING

I, *Walter Keith C Freeman*, understand that the United States of America has asked the court to hold me in custody, without bail or any other conditions of release, until my trial in this action takes place.

I understand that the government claims that there is no condition, or combination of conditions, that will reasonably assure my appearance at trial, as required, and/or the safety of any other person and/or the community.

I understand that the accusations pending against me in this indictment raise a rebuttable presumption that there is no condition or combination of conditions that will reasonably assure my appearance and/or the safety of the community. I also understand that the government bears the ultimate burden of proof to show the court, by a preponderance of the evidence, that I would flee rather than stay to answer these charges and must show the court, by clear and convincing evidence, that I would present a danger to the community if I am not held in jail.

I understand that I have a right to a hearing to make the government meet its burden of proof and that at that hearing my lawyer has the right to proffer testimony, to present evidence, to call witnesses, to cross-examine the government witnesses, and to assert reasons that I should not be detained.

I understand each of my rights in light of the government's request that I be held without bond, and the government's burden of proof, but I elect to give up my right to a detention hearing.

I understand that by waiving my right to a detention hearing, I consent to the court relying on the information that is contained in the indictment/complaint and the Pretrial Services Report in making its decision on whether I should be detained or released on bond.

I also advise the court that, even if this is a case in which no presumption applies, I am signing this waiver of my right to a detention hearing knowingly, voluntarily, and without any reservation. No promises have been made to me and no threats have been made against me or my family in order to obtain this waiver. I do not contest the government's claim that I should be held without bond.

SIGNED this 10th day of August, 2012.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

_____
MARY MILLOY
UNITED STATES MAGISTRATE JUDGE